UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTORIA FEDERAL SAVINGS AND LOAN, | : |
| Plaintiff, | : Civil Case No. 07-0647 (FSH) |
| v. | : **OPINION and ORDER** |
| KIM, et al., | : Date: November 15, 2007 |
| Defendants. | : |

### HOCHBERG, District Judge

This matter having come before the Court upon Plaintiff Astoria Federal Savings and Loan's ("Astoria") October 30, 2007 request for an extension of time to submit proofs to the Court pursuant to the Court's October 23, 2007 order; and

it appearing that in its October 23, 2007 order, the Court entered judgment against Defendants Kim and ordered Plaintiff Astoria, pursuant to Fed. R. Civ. P. 55(b)(2), to submit proof by October 30, 2007 of the outstanding balance under the parties' original settlement agreement;

**ACCORDINGLY IT IS** on this 15th day of November, 2007, thereby

**ORDERED** that Plaintiff Astoria shall have **20 days** from the date of this order to submit proof of the outstanding balance under the parties' original settlement agreement in accordance with the Court's October 23, 2007 order.

/s/ Faith S. Hochberg

HON. FAITH S. HOCHBERG, U.S.D.J.